```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | BRIAN A. FOGERTY
   | Assistant United States Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, CA 95814
 4 | Telephone: (916) 554-2700
   | Facsimile: (916) 554-2900
 5 |
 6 | Attorneys for Plaintiff
   | United States of America
 7 |
```

**FILED**

MAR 18 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(D) MOBILE TELEPHONE ACCOUNT IDENTIFIED BY (760) 694-7154 | CASE NO. 2:18-SW-609 AC<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL |
|---|---|

The United States' motion to unseal the § 2703 application, order, and this case is GRANTED.

DATED: 3-18-19

_____
Hon. Deborah Barnes
United States Magistrate Judge